CONNER, Respondent, v. HANNIBAL AND ST. JOSEPH RAILROAD COMPANY, Appellant.

1. Grannahan v. Hannibal and St. Joseph Railroad Company, ante, p. 546, affirmed.

*Appeal from Macon Circuit Court.*

*Lamb & Lakenan*, for appellants.

*Ryland & Prewitt*, for respondent.

SCOTT, Judge, delivered the opinion of the court.

This is decided by the opinion in the case of Grannahan against the same defendants, delivered at this term.

Affirmed. The other judges concur.

[END OF JULY TERM.]